UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHANTE ANDERSON,

                Plaintiff,        19-cv-5531 (JGK)

    - against -              ORDER

SERA SECURITY SERVICES LLC ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The parties were instructed to file a revised scheduling order by September 18, 2020. The parties failed to do so. The time to file the revised schedule is extended until November 9, 2020.

SO ORDERED.

Dated:    New York, New York
          October 26, 2020

                                          John G. Koeltl
                                     United States District Judge